UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

PROCEEDINGS UNDER CHAPTER 13
CASE NO. 14-19190-BKC-LMI

In re:

Maria M. Vega,

    Debtor.

_____/

### DEBTOR'S MOTION TO SET ASIDE ORDER DISMISSING CHAPTER 13 CASE

The above-styled debtor, (the "Debtor") by his undersigned counsel files this Motion to Set Aside Order Dismissing Chapter 13 Case. In support therefor the Debtor submits the following memorandum.

1. This case was dismissed per this Court's order.

2. Debtor desires to proceed with this case.

3. By this Motion, the Debtor seeks entry of an order setting aside the order dismissing this case.

4. Any missing documents have been provided to the trustee.

WHEREFORE, the Debtor respectfully requests that this Court enter an order (i) granting the Motion, (ii) setting aside the order dismissing this case, and (iii) granting the Debtor such other legal and equitable relief to which she is justly entitled.

Dated: July 22, 2014

JORDAN E. BUBLICK, P.A.

/s/ Jordan E. Bublick
Jordan E. Bublick (Fla. Bar No. 381624)
1221 Brickell Ave., 9th Fl.
Miami, FL  33131
Telephone: (305) 891-4055
Fax: (305) 503-7231
Email: jbublick@bublicklaw.com

*Attorney for the Debtor(s)*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

PROCEEDINGS UNDER CHAPTER 13
CASE NO. 14-19190-BKC-LMI

In re:

Maria M. Vega,

    Debtor.
_____/

## CERTIFICATE OF AMOUNT DEPOSITED

**COMES NOW** Jordan E. Bublick, attorney for Debtor, and does certify pursuant to Administrative Order No. 97-3 that all funds required to be paid under Debtor's chapter 13 plan to bring the plan current as of the date of the Motion to Set Aside Order Dismissing Chapter 13 Case have been tendered to said counsel in money orders payable to the chapter 13 trustee or have been deposited in this firm's trust account. The amount involved is $n/a pursuant to the proposed first modified chapter 13 plan.

Dated: May 31, 2014

        JORDAN E. BUBLICK, P.A.

        /s/ Jordan E. Bublick_____
        Jordan E. Bublick (Fla. Bar No. 381624)
        1221 Brickell Ave., 9th Fl.
        Miami, FL  33131
        Telephone: (305) 891-4055
        Fax: (305) 503-7231
        Email: jbublick@bublicklaw.com

        *Attorney for the Debtor(s)*